**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| **CANON INC.,** | |
| **Plaintiff,** | Case No.: 1:11-CV-00989-AJT-IDD |
| **v.** | Judge: Hon. Anthony J. Trenga |
| **UNINET IMAGING, INC. and UI SUPPLIES, INC.,** | Magistrate Judge: Hon. Ivan D. Davis |
| **Defendants.** | |

**PLAINTIFF'S MOTION FOR DEFAULT
JUDGMENT AND PERMANENT INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 55(b)(2) and 35 U.S.C. § 283, Plaintiff Canon Inc. ("Canon") hereby moves for default judgment and issuance of a permanent injunction against Defendants UniNet Imaging, Inc. and UI Supplies, Inc.  Specifically, Canon requests that UniNet Imaging, Inc. and UI Supplies, Inc. and their subsidiaries, parents, affiliates, officers, directors, agents, servants, employees, attorneys, successors, and assigns, and all other persons and organizations in active concert or participation with them, be permanently enjoined from:

(a)    making, using, selling and/or offering for sale in the United States, or importing into the United States, during the extant life of U.S. Patent No. 7,647,012 ("the '012 patent"), any of the toner bottle products identified below, any toner bottle product that is the same as or not colorably different from the toner bottle products identified below, and any other toner bottle product that falls within the scope of one or more claims of the '012 patent:

| UniNet Product # | Promoted For Use In |
| --- | --- |
| 11717 | imageRUNNER 2230/2270/2830/2870/3225/ 3235/3245/3530/3570/4570 |
| 11718 | imageRUNNER 5070/5570/5570N/6570/6570N |
| 13714 | imageRUNNER 7086/7095/7095/7105 |
| 13691 | imageRUNNER 5050/5055/5065/5075 |
| 15929 15930 15931 15932 | imageRUNNER ADVANCE C5030/C5035 |

(b)       otherwise directly infringing, or inducing or contributing to the infringement of, any claim of the '012 patent; and

(c)       assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) and (b) above.

The grounds and reasons for granting this relief are stated with particularity in the accompanying memorandum and declarations of Mr. Naoto Kitamori and Dr. Robert H. Sturges, the complaint and all other documents of record in this case, and such other evidence or argument as may be presented in connection with this motion or at any hearing thereon.

A proposed judgment and permanent injunction accompanies this motion.

Dated: December 30, 2011                    Respectfully submitted,
                                            /s/ Craig C. Reilly
                                            Craig C. Reilly (VSB # 20942)
                                            111 Oronoco Street
                                            Alexandria, Virginia 22314
                                            Tel: (703) 549-5354
                                            Fax: (703) 549-2604
                                            E-mail: craig.reilly@ccreillylaw.com

                                            Edmund J. Haughey (VSB # 42845)
                                            FITZPATRICK, CELLA, HARPER & SCINTO
                                            975 F Street, NW
                                            Washington, DC 20004-1462
                                            Tel: (202) 530-1010
                                            Fax: (202) 530-1055
                                            E-mail: ehaughey@fchs.com
                                            Attorneys for Plaintiff Canon Inc.

Of Counsel:

Nicholas M. Cannella
Michael P. Sandonato
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
E-mail: ncannella@fchs.com, msandonato@fchs.com

Attorneys for Plaintiff Canon Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading or paper was served on Defendants through their below listed counsel of record through the Court's CM/ECF system on this the 30th day of December 2011.

| | |
|---|---|
| *The action against defendant Color Imaging, Inc. has been severed and transferred (Doc. 19) and no service on that party is required.* | *Defendants UniNet Imaging, Inc. and UI Supplies, Inc. have not formally appeared, and the Clerk has entered default against them (Doc. 17), and no service is now required under Rule 55(b); however, Canon Inc. is serving a copy of this paper on the below attorney who purports to represent these defendants:*<br><br>Marc Hankin, Esq.<br>HANKIN PATENT LAW<br>A PROFESSIONAL CORPORATION<br>6404 Wilshire Boulevard, Suite 1020<br>Los Angeles, CA 90048-5512 |

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL:   (703) 549-5354
FAX:   (703) 549-2604
EMAIL: craig.reilly@ccreillylaw.com
Attorney for Plaintiff Canon Inc.

-4-